**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

TONY MASSENBURG and
LANIE NIKES,

    Plaintiffs,

    v.

DORANNA TINDLE,

    Defendant.

Civil Action No. 24-1521-TDC

✓ FILED      ____ ENTERED
____ LOGGED      ____ RECEIVED

MAY 0 8 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**VERDICT FORM**

**Count 1: Defamation**

1. Do you find that Defendant Doranna Tindle engaged in defamation against Plaintiff Tony Massenburg?

    Yes ✓    No ___

2. Do you find that Defendant Doranna Tindle engaged in defamation against Plaintiff Lanie Nikes?

    Yes ✓    No ___

**Count 2: False Light**

3. Do you find that Defendant Doranna Tindle engaged in a false light/invasion of privacy against Plaintiff Tony Massenburg?

    Yes ✓    No ___

4.   Do you find that Defendant Doranna Tindle engaged in a false light/invasion of privacy against Plaintiff Lanie Nikes?

Yes ___    No ✓___

**Count 3: Fraud**

5.   Do you find that Defendant Doranna Tindle engaged in fraud against Plaintiff Tony Massenburg?

Yes ✓___    No ___

**Damages**

*If you answered "Yes" to any or all of Questions 1, 3, and 5, please answer Question 6. If you answered "No" to all of Questions 1, 3, and 5, do not answer Question 6.*

6.   What amount of compensatory damages, if any, do you award to Plaintiff Tony Massenburg?

$ $100,000.00

*If you awarded compensatory damages in response to Question 6, please answer Question 7. If you did not award compensatory damages under Question 6, do not answer Question 7.*

7.   What amount of punitive damages, if any, do you award to Plaintiff Tony Massenburg?

$ $75,000.00

*If you answered "Yes" to one or both of Questions 2 and 4, please answer Question 8. If you answered "No" to both of Questions 2 and 4, do not answer Question 8.*

8.    What amount of compensatory damages, if any, do you award to Plaintiff Lanie Nikes?

$ _$50,000.00_

*If you awarded compensatory damages in response to Question 8, please answer Question 9. If you did not award compensatory damages under Question 8, do not answer Question 9.*

9.    What amount of punitive damages, if any, do you award to Plaintiff Lanie Nikes?

$$ _$25,000.00_

*The Verdict Form is now complete.  Please sign and date the Verdict Form.*

Date: _5/8/26_



Foreperson

3